E-FILED
Wednesday, 16 May, 2007 01:04:40 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GATEWAY STUDIOS, LLC,<br>  Plaintiff, | )<br>)<br>) **SUMMONS IN A CIVIL**<br>) **ACTION**<br>) |
| V. | )<br>) CASE NUMBER: 07-2097 |
| MBA ENTERPRISES-2, INC., and<br>RAHMATHULLAH ARIFF,<br>  Defendants. | )<br>)<br>) |

TO: MBA Enterprises-2, Inc., c/o Rahmathullah Ariff, Secretary or Meharunnisa Begum Ariff, President, 1111 South Wabash Ave., #2603, Chicago, IL 60605

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

John F. Bramfeld
115 North Neil Street, Suite 101
Champaign, Illinois 61820

An answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

s/V. Ball
(By) DEPUTY CLERK

DATE 5/16/07

COPY

# UNITED STATES DISRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | | |
|---|---|---|
| GATEWAY STUDIOS, LLC,<br>    Plaintiff, | )<br>)<br>) | **SUMMONS IN A CIVIL ACTION** |
| V. | )<br>) | |
| MBA ENTERPRISES-2, INC., and<br>RAHMATHULLAH ARIFF,<br>    Defendants. | )<br>)<br>)<br>) | CASE NUMBER: 07- 2097 |

TO: Rahmathullah Ariff, 1111 S. Wabash Ave., #2603, Chicago, Illinois 60605

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

    John F. Bramfeld
    115 North Neil Street, Suite 101
    Champaign, Illinois 61820

An answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                5/16/07
CLERK                                                         DATE

s/V. Ball
(By) DEPUTY CLERK