E-FILED
Monday, 21 May, 2007   11:48:51 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GATEWAY STUDIOS, LLC, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-2097 |
| ) | |
| MBA ENTERPRISES-2, INC., and ) | |
| RAHMATHULLAH ARIFF, ) | |
|     Defendants. ) | |

**CERTIFICATE OF INTEREST**

The undersigned counsel of record for Gateway Properties, Inc., LLC, plaintiff furnishes the following in compliance with Rule 11.3 of this court:

1. Full Name of Plaintiff is Gateway Properties, Inc., LLC, which is a Nevada LLC authorized to do business in Illinois;

2. A. There is no parent corporation;

    B. There are no corporate stock holders;

3. Law firms and attorneys expected to appear for plaintiff are:

    A. John F. Bramfeld, Attorney at Law;

RESPECTFULLY SUBMITTED,

s/ John F. Bramfeld
John F. Bramfeld 7276462
Attorney for Gateway
(217)239-1920
Fax: (217)531-9090
E-mail: jbramfeld@mcleodusa.net

PREPARED BY:
JOHN F. BRAMFELD/alw
115 North Neil, Suite 101
Champaign, IL 61820
(217) 239-1920
Fax (217) 531-9090