E-FILED
Tuesday, 12 June, 2007 09:30:33 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION
### CASE NO. 07-2097
### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Christopher Moore**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        ( X ) Summons & Complaint
        (   ) Citation to Discover Assets
        (   ) Rule to Show Cause
        (   ) Subpoena
        (   ) Other:

1. ( X ) By leaving a copy with the named party, **Rahmathullah Ariff** personally on **June 1, 2007**.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. (   ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**        RACE: **Middle Eastern**        APPROXIMATE AGE: **60**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **1111 S. Wabash Ave., #2603, Chicago, IL 60605**
TIME OF DAY: **10:00 AM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **4**th day of **June 2007**.

OFFICIAL SEAL
KELLY L DENT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/02/09

Christopher Moore
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

# UNITED STATES DISRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GATEWAY STUDIOS, LLC,<br>    Plaintiff, | )<br>)   **SUMMONS IN A CIVIL**<br>)   **ACTION**<br>) |
| V. | )<br>)   CASE NUMBER: 07- 2097 |
| MBA ENTERPRISES-2, INC., and<br>RAHMATHULLAH ARIFF,<br>    Defendants. | )<br>)<br>) |

TO: Rahmathullah Ariff, 1111 S. Wabash Ave., #2603, Chicago, Illinois 60605

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

    John F. Bramfeld
    115 North Neil Street, Suite 101
    Champaign, Illinois 61820

An answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

                                                      5/16/07
                                                      DATE