E-FILED
Tuesday, 12 June, 2007  02:25:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GATEWAY STUDIOS, LLC, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-2097 |
| ) | |
| MBA ENTERPRISES-2, INC., and ) | |
| RAHMATHULLAH ARIFF, ) | |
|     Defendants. ) | |

## CERTIFICATE OF SERVICE

I, JOHN F. BRAMFELD, certify that I caused to be mailed a true and correct copy of the Certificate of Interest, in the above-entitled cause to:

Rahmathullah Ariff
1111 South Wabash Ave., #2603
Chicago, IL 60605

MBA Enterprises-2, Inc.
1111 South Wabash Ave., #2603
Chicago, IL 60605

on this Tuesday, June 12, 2007 at approximately 5:00 p.m. with proper postage prepaid.

By:_____
    JOHN F. BRAMFELD

PREPARED BY:
JOHN F. BRAMFELD/alw
115 North Neil, Suite 101
Champaign, IL 61820
(217) 239-1920
Fax (217) 531-9090