E-FILED
Thursday, 21 June, 2007  12:56:41 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GATEWAY STUDIOS, LLC. ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-2097 |
| ) | |
| MBA ENTERPRISES-2, INC. and ) | |
| RAHMATHULLAH ARIFF, ) | |
|     Defendants. ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND

NOW COMES the Defendants, MBA Enterprises-2, Inc. and Rahmathullah Ariff, by and through their attorney, Daniel Brown, hereby respectfully moves this Honorable Court for additional time to respond to the Complaint filed in the above stated cause, and in support thereof, states as follows:

1. That on or about June 1, 2007 the Defendants were served with a Complaint in the above stated cause.

2. That since being served with the Complaint, counsel for the Defendants has been attempting to prepare the appropriate responsive pleadings.

3. That on Thursday, June 13, 2007, counsel's father was required to undergo surgery. Said surgery revealed the necessity of additional immediate care. Counsel for the Defendants is assisting in the day-to-day care of his father and requires additional time to respond on behalf of the Defendants in the above stated cause.

4. That counsel for the Defendants has spoken to counsel for the Plaintiff who has indicated that he has no objection to the additional time to respond sought by the Defendants herein.

WHEREFORE, the Defendants, MBA Enterprises-2, Inc. and Rahmathullah Ariff, respectfully move this Honorable Court for an additional 20 days to respond to the Complaint filed in the above stated cause, and further moves for such other and further relief as the Court deems necessary and proper.

Respectfully submitted,


Daniel D. Brown, Attorney for Defendants

**PROOF OF SERVICE**

I, the undersigned, being first duly sworn, depose and state that I mailed a copy of the foregoing document to:

John F. Bamfeld
Attorney at Law
115 North Neil Street – Suite 101
Champaign, IL  61820

by placing a copy of this document in an envelope properly addressed and stamped, and mailed said envelope from a United States Post Office Box located in Danville, Illinois, on the 20th day of June, 2007.

_____

Prepared by:
Daniel D. Brown
819 N. Sherman Street
Danville, Illinois  61832
Telephone No:  217/446-4464
Ill. Reg. Disc. #06187039
Ind. Reg. Disc. #4337-98
sdc/MBA2/Gateway/07 – 06-20.doc

E-FILED
Thursday, 21 June, 2007  12:59:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| **GATEWAY STUDIOS, LLC.** ) | |
|         **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Action No. 07-2097 |
| ) | |
| **MBA ENTERPRISES-2, INC.** and ) | |
| **RAHMATHULLAH ARIFF,** ) | |
|         **Defendants.** ) | |

## ORDER

    THIS MATTER coming on before the Court on Motion of the Defendants seeking an extension of the time required to respond to the Complaint filed in the above stated cause, and the Court being fully advised in the premise:

    IT IS, HEREBY, ORDERED that the Defendant shall be granted an additional 20 days, up through and including July 11, 2007, to file an answer or otherwise respond to the Complaint filed in the above stated cause.

    ENTERED this \_\_\_\_\_ day of June, 2007.

_____
JUDGE

Prepared by:
Daniel D. Brown
819 N. Sherman Street
Danville, Illinois  61832
Telephone No:  217/446-4464
Ill. Reg. Disc. #06187039
Ind. Reg. Disc. #4337-98
sdc/MBA2/Gateway/07 – 06-20.doc