UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GATEWAY STUDIOS, LLC. ) | |
|          Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-2097 |
| ) | |
| MBA ENTERPRISES-2, INC. and ) | |
| RAHMATHULLAH ARIFF, ) | |
|          Defendants. ) | |

**FIRST SUPPLEMENTAL MOTION FOR EXTENSION OF TIME TO RESPOND**

    NOW COMES the Defendants, MBA Enterprises-2, Inc. and Rahmathullah Ariff, by and through their attorney, Daniel Brown, hereby respectfully moves this Honorable Court for additional time to respond to the Complaint filed in the above stated cause, and in support thereof, states as follows:

    1.  That on or about June 1, 2007 the Defendants were served with a Complaint in the above stated cause.  Attorney Daniel Brown has appeared for the Defendants and sought additional time to respond to the complaint based upon his father's recently diagnosed illness.  The Court granted the Defendant's request, extending the time to respond through July 11, 2007.

    2.  Subsequent to filing said Motion requesting additional time to respond to the Plaintiff's complaint, counsel's father's condition deteriorated ultimately resulting in his death on June 30, 2007.

    3.  Because of the time that was required in assisting in the day-to-day care of his father prior to his death and the additional personal and family commitments arising as a result of his father's death, Counsel for the Defendants has not had the opportunity to complete his responsive pleading and Counter Claim required by the action filed herein.

    4.  Counsel for the Defendants seek an additional five days, through July 16, 2007, to complete his responsive pleading and Counter Complaint to be filed in the above stated cause.

    WHEREFORE, the Defendants, MBA Enterprises-2, Inc. and Rahmathullah Ariff, respectfully move this Honorable Court for an additional 5 days to respond to the Complaint filed in the above stated cause, and further moves for such other and further relief as the Court deems necessary and proper.

    Respectfully submitted,
    s/ Daniel D. Brown
    Ill. Reg. Disc. #: 06187039
    Attorney for Defendants
    Law Office of Daniel Brown
    819 N. Sherman Street

Danville, Illinois  61832  
Telephone No: (217) 446-4464  
Fax No.: (217) 446-9135  
E-mail:  lawofficeofdanbrown@insightbb.com

CERTIFICATE OF SERVICE

    I hereby certify that on July 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  John F. Bamfeld, Attorney for the Plaintiff.

s/ Daniel D. Brown  
Ill. Reg. Disc. #: 06187039  
Attorney for Defendants  
Law Office of Daniel Brown  
819 N. Sherman Street  
Danville, Illinois  61832  
Telephone No: (217) 446-4464  
Fax No.: (217) 446-9135  
E-mail:  lawofficeofdanbrown@insightbb.com

Prepared by:  
Daniel D. Brown  
819 N. Sherman Street  
Danville, Illinois  61832  
Telephone No:  217/446-4464  
Ill. Reg. Disc. #06187039  
Ind. Reg. Disc. #4337-98  
sdc/MBA2/Gateway/07 – 07-11.doc

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| **GATEWAY STUDIOS, LLC.** ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action No. 07-2097** |
| ) | |
| **MBA ENTERPRISES-2, INC.** and ) | |
| **RAHMATHULLAH ARIFF,** ) | |
| **Defendants.** ) | |

### ORDER

THIS MATTER coming on before the Court on Motion of the Defendants seeking an extension of the time required to respond to the Complaint filed in the above stated cause, and the Court being fully advised in the premise:

IT IS, HEREBY, ORDERED that the Defendants shall be granted an additional 5 days, up through and including July 16, 2007, to file an answer or otherwise respond to the Complaint filed in the above stated cause.

ENTERED this _____ day of July, 2007.

_____
JUDGE

Prepared by:
Daniel D. Brown
819 N. Sherman Street
Danville, Illinois  61832
Telephone No:  217/446-4464
Ill. Reg. Disc. #06187039
Ind. Reg. Disc. #4337-98
sdc/MBA2/Gateway/07 – 07-11.doc