UNITED STATES DISRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | | |
|---|---|---|
| GATEWAY STUDIOS, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-2097 |
| | ) | |
| MBA ENTERPRISES-2, INC., and | ) | |
| RAHMATHULLAH ARIFF, | ) | |
|     Defendants. | ) | |

**MOTION FOR DEFAULT AND FOR JUDGMENT**

COMES NOW Gateway Studios, LLC, Plaintiff, by its Attorney John F. Bramfeld and for a motion for default and for judgment pursuant to FRCP 55 avers as follows:

1. Defendant Rahmathullah Ariff was served on June 1, 2007, the return of which is on file in this cause;

2. Defendant MBA Enterprises-2, Inc. was also served on June 1, 2007 upon Rahmathullah Ariff as Secretary and authorized agent for service of process, the return of which is on file in this cause;

3. A true and correct copy of a Corporation File Detail Report published by Jesse White, Secretary of State for the State of Illinois obtained and effective as of August 14, 2007 is attached hereto as Exhibit "A" and as an official governmental record concerning the status of the defendant herein MBA Enterprises-2, Inc. indicating Rahmathullah Ariff's status as Secretary;

4. On June 22, 2007 an Amended Motion for Extension of Time was filed on behalf of both MBA Enterprises-2, Inc. and Rahmathullah Ariff by Attorney Daniel D. Brown, which motion was allowed on June 22, 2007 and which order required an answer or other response on or before July 11, 2007;

5. On July 11, 2007 Attorney Daniel D. Brown on behalf of both defendants in this

1

cause filed a motion for a further extension, which motion was granted by the court on July 12, 2007 until July 16, 2007;

6.    The defendants have filed no further pleadings but have entered their appearances in this cause by virtue of the successive motions for extension of time and plaintiff also notes that Attorney Daniel D. Brown is also listed on the attached Exhibit "A" as the agent for the Defendant MBA Enterprises-2, Inc.

WHERFORE, plaintiff prays for the following relief:

A.    A finding that both MBA Enterprises-2, Inc. and Rahmathullah Ariff are in default;

B.    The specified injunctive relief in Count II;

C.    Compensatory and punitive damages as alleged in Count I;

D.    Plaintiff further prays that this court set a time and place for an evidentiary hearing or advise plaintiff of any alternative prove-up methods sufficient to comport with Federal Rule of Civil Procedure 55(b)(2);

E.    Other appropriate compensatory punitive and injunctive relief.

RESPECTFULLY SUBMITTED,
/s/ John F. Bramfeld
ARDC #276936
Attorney for Plaintiffs
115 N. Neil Street, Suite 101
Champaign, Illinois 61820
(217) 239-1920
(Fax) 531-9090

**CERTIFICATE OF SERVICE**

I, JOHN F. BRAMFELD, certify that I caused to be mailed a true and correct copy of the motion for default and for judgment, in the above-entitled cause to:

2

Rahmathullah Ariff
1111 South Wabash Ave., #2603
Chicago, IL 60605

MBA Enterprises-2, Inc.
1111 South Wabash Ave., #2603
Chicago, IL 60605

Daniel D. Brown
Attorney at Law
819 Sherman
Danville, IL 61832

on this Wednesday, August 15, 2007 at approximately 5:00 p.m. with proper postage prepaid.

/s/ John F. Bramfeld
Attorney for Plaintiff
ARDC #276936
115 N. Neil Street, Suite 101
Champaign, Illinois 61820
(217) 239-1920
(Fax) 531-9090

PREPARED BY:
JOHN F. BRAMFELD/alw
115 North Neil, Suite 101
Champaign, IL 61820
(217) 239-1920
Fax (217) 531-9090

CORP/LLC - CERTIFICATE OF GOOD STANDING

2:07-cv-02097-HAB-DGB   # 12-2   Page 1 of 1

Page 1 of 1

**E-FILED**

Wednesday, 15 August, 2007  11:32:55 AM

Clerk, U.S. District Court, ILCD



## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | MBA ENTERPRISES - 2, INC | File Number | 58398578 |
| Status | NOT GOOD STANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 06/26/1995 | State | ILLINOIS |
| Agent Name | DANIEL D BROWN | Agent Change Date | 06/26/1995 |
| Agent Street Address | 819 SHERMAN | President Name & Address | MEHARUNNISA BEGUM ARIFF 111 S WABASH AVE#2603, CHGO,IL60605 |
| Agent City | DANVILLE | Secretary Name & Address | RAHMATHULLAH ARIFF SAME |
| Agent Zip | 61832 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2007 |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE