## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GATEWAY STUDIOS, LLC. )<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>MBA ENTERPRISES-2, INC. and )<br>RAHMATHULLAH ARIFF, )<br>        Defendants. ) | Civil Action No. 07-2097 |

### DEFENDANTS' RESPONSE TO
### MOTION FOR DEFAULT

NOW COMES the Defendants, MBA Enterprises-2, Inc. and Rahmathullah Ariff, by and through their attorney, Daniel Brown, in response to Plaintiff's Motion for Default, hereby states as follows:

1. That Attorney Daniel Brown has previously filed an appearance and request for additional time to file responsive pleadings in the above stated cause.

2. That subsequent to the Defendants' last extension, counsel for the Plaintiff contacted Attorney Daniel Brown to remind him of the date for filing his responsive pleadings.

3. Thereafter, Attorney Daniel Brown completed the appropriate responsive pleadings with the intention of presenting said documents to the Court.  See copy of Motion for leave to file, Answer, Counter-Claim and Third Party Complaint attached hereto.

4. That counsel for the Defendants believed that these documents had been filed with the Court when or shortly after they were previously prepared.

5. That counsel for the Defendants previously received a copy of the prior Court Order directing that counsel respond to the Motion for Default.  In reviewing the docket, defense counsel realized that his previously prepared responsive pleadings had not been filed.  Said failure to file their responsive pleadings on the part of defense counsel was inadvertent.  To the extent that the Plaintiff remains in possession of the party which is the subject of this action, no prejudice will fall upon the Plaintiff should the Court deny the Plaintiff's Motion for Default and grant the Defendants leave to file their responsive pleadings.

WHEREFORE, the Defendants, MBA Enterprises-2, Inc. and Rahmathullah Ariff, by their attorney, Daniel Brown, respectfully moves this Honorable Court for an Order denying the Plaintiff's Motion for Default, and further moves for such other and further relief as the Court deems necessary and proper.

Respectfully submitted,
s/ Daniel D. Brown
Ill. Reg. Disc. #: 06187039
Attorney for Defendants
Law Office of Daniel Brown
819 N. Sherman Street
Danville, Illinois  61832
Telephone No: (217) 446-4464
Fax No.: (217) 446-9135
E-mail:  dan.brown@danielbrownlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  John F. Bamfeld, Attorney for the Plaintiff.

s/ Daniel D. Brown
Ill. Reg. Disc. #: 06187039
Attorney for Defendants
Law Office of Daniel Brown
819 N. Sherman Street
Danville, Illinois  61832
Telephone No: (217) 446-4464
Fax No.: (217) 446-9135
E-mail:  dan.brown@danielbrownlaw.com

Prepared by:
Daniel D. Brown
819 N. Sherman Street
Danville, Illinois  61832
Telephone No:  217/446-4464
Ill. Reg. Disc. #06187039
Ind. Reg. Disc. #4337-98
sdc/MBA2/Gateway/07 – 09-04.doc