**E-FILED**
Friday, 21 September, 2007  04:47:57 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GATEWAY STUDIOS, LLC, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-2097 |
| ) | |
| MBA ENTERPRISES-2, INC., and ) | |
| RAHMATHULLAH ARIFF, ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, JOHN F. BRAMFELD, certify that on Friday, September 21, 2007, I electronically filed a true and correct copy of the Amended Complaint, in the above-entitled cause with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dan D. Brown
Attorney at Law
819 N. Sherman Street
Danville, IL 61832


By: /s/John F. Bramfeld
JOHN F. BRAMFELD

PREPARED BY:
JOHN F. BRAMFELD/alw
115 North Neil, Suite 101
Champaign, IL 61820
(217) 239-1920
Fax (217) 531-9090