UNITED STATES DISRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GATEWAY STUDIOS, LLC,        ) | |
|      Plaintiff,              ) | |
|                              ) | |
| vs.                          ) | Civil Action No. 07-2097 |
|                              ) | |
| MBA ENTERPRISES-2, INC., and ) | |
| RAHMATHULLAH ARIFF,          ) | |
|      Defendants.             ) | |

**MOTION FOR EXTENSION OF TIME TO FILE COUNTER-COMPLAINT
AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

COMES NOW Gateway Studios, LLC, Plaintiff, by its Attorney John F. Bramfeld and for a motion for extension of time to file answer to counter-complaint and for leave to file second amended complaint avers as follows:

1.    In preparing the original and Amended Complaint herein (the amendments to the Complaint related to jurisdiction only) the attorney for plaintiff was under the misapprehension that only one contract was involved between the parties.  The attorney now understands that, in addition the Purchase Lease/Purchase Agreement which is attached the original Complaint and to which the original Complaint relates, the parties had entered into even earlier negotiations and had in fact entered into an earlier agreement which was abandoned by the parties;

2.    Plaintiff asks for leave to file a second amended Complaint within sixty days hereof which second amended complaint will include an answer to the Counter Claim filed herein and which complaint and answer will take due cognizance of the earlier relationship between the parties;

3.    Defendants are apparently already aware of the earlier relationship based upon their Answer to the Amended Complaint, and the second amended complaint should be amended to comport with the facts of the relationship between the parties to this action;

4. The defendants through their counsel have agreed to this sixty day extension of time and as part of said agreement, Richard Cheroske the third party defendant, has agreed to enter his appearance without the requirement that he be personally served with summons, which entry of appearance will be made via answer or other response to the third party claim.

WHERFORE, plaintiff prays that it be given sixty days to file a second amended complaint and an answer to the Counter-Claim.

RESPECTFULLY SUBMITTED,
/s/ John F. Bramfeld
ARDC #276936
Attorney for Plaintiffs
115 N. Neil Street, Suite 101
Champaign, Illinois 61820
(217) 239-1920
(Fax) 531-9090

## CERTIFICATE OF SERVICE

I, JOHN F. BRAMFELD, certify that on Wednesday, October 10, 2007, I electronically filed a true and correct copy of the motion for extension of time to file counter-complaint and for leave to file second amended complaint, in the above-entitled cause with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel D. Brown
Attorney at Law
819 Sherman
Danville, IL 61832

and I hereby certify that I have mailed by United States Postal Service with proper postage this document to the following non CM/ECF participants:

Rahmathullah Ariff
1111 South Wabash Ave., #2603
Chicago, IL 60605

MBA Enterprises-2, Inc.
1111 South Wabash Ave., #2603
Chicago, IL 60605

on this Wednesday, October 10, 2007 at approximately 5:00 p.m. with proper postage prepaid.

/s/ John F. Bramfeld
Attorney for Plaintiff
ARDC #276936
115 N. Neil Street, Suite 101
Champaign, Illinois 61820
(217) 239-1920
(Fax) 531-9090

PREPARED BY:
JOHN F. BRAMFELD/alw
115 North Neil Street, Suite 101
Champaign, IL 61820
(217) 239-1920
(Fax) 531-9090