## UNITED STATES DISRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GATEWAY STUDIOS, LLC,     ) | |
|     Plaintiff,     ) | |
| ) | |
| vs.     ) | Civil Action No. 07-2097 |
| ) | |
| MBA ENTERPRISES-2, INC., and     ) | |
| RAHMATHULLAH ARIFF,     ) | |
|     Defendants.     ) | |

### PLAINTIFF/COUNTER-DEFEDANT'S
### ANSWER TO COUNTER-CLAIM

COMES NOW Plaintiff and Counter-Defendant Gateway Studios, LLC, By its Attorney John F. Bramfeld and answers Defendant MBA Enterprises-2, Inc.'s Counter-claim as follows:

### Count I

1.  Plaintiff/Counter-defendant Gateway Studio, LLC admits the allegations of paragraph 1 of Count I of the Counter-claim in this cause;

2.  Plaintiff/Counter-defendant Gateway Studio, LLC admits the allegations of paragraph 2 of Count I of the Counter-claim in this cause;

3.  Plaintiff/Counter-defendant Gateway Studio, LLC denies the allegations of paragraph 3 of Count I of the Complaint in this cause;

4.  Plaintiff/Counter-defendant Gateway Studio, LLC admits the allegations of paragraph 4 of Count I of the Counter-claim in this cause;

5.  Plaintiff/Counter-defendant Gateway Studio, LLC denies the allegations of paragraph 5 of Count I of the Complaint in this cause but admits the following: Rent due on September 1, 2007 absent the factors as alleged in plaintiff's Complaint was $95,000. Further,

plaintiff/counter-defendant admits that absent the factors as alleged in plaintiff's Complaint, counter-defendant is liable for a portion of the 2006 real estate taxes. Plaintiff/Counter-defendant affirmatively avers that the amounts due counter-plaintiff under the Lease Agreement are more than offset by plaintiff's damages as set out in its Complaint;

## Count II

1.   Plaintiff/Counter-defendant Gateway Studio, LLC admits the allegations of paragraph 1 of Count II of the Counter-claim in this cause;

2.   Plaintiff/Counter-defendant Gateway Studio, LLC admits the allegations of paragraph 2 of Count II of the Counter-claim in this cause;

3.   Plaintiff/Counter-defendant Gateway Studio, LLC denies the allegations of paragraph 3 of Count II of the Complaint in this cause;

4.   Plaintiff/Counter-defendant Gateway Studio, LLC admits the allegations of paragraph 4 of Count II of the Counter-claim in this cause;

5.   Plaintiff/Counter-defendant Gateway Studio, LLC admits the allegations of paragraph 5 of Count II of the Counter-claim in this cause;

6.   Plaintiff/Counter-defendant Gateway Studio, LLC denies the allegations of paragraph 6 of Count II of the Complaint in this cause but admits the following: Rent due on September 1, 2007 absent the factors as alleged in plaintiff's Complaint was $95,000. Further, plaintiff/counter-defendant admits that absent the factors as alleged in plaintiff's Complaint, counter-defendant is liable for a portion of the 2006 real estate taxes. Plaintiff/counter-defendant affirmatively avers that the amounts due counter-plaintiff under the Lease Agreement are more than offset by plaintiff's damages as set out in its Complaint;

7.   Plaintiff/Counter-defendant admits it is currently in possession of the premises and admits that it has refused to vacate the property but affirmatively avers that plaintiff has not vacated the property because it has invested large sums of money in fixing the deficiencies as set out more completely in plaintiff's Complaint, that plaintiff is not indebted to defendant, and instead, defendant/counter-plaintiff, after duly setting off all legitimate claims of the parties, is indebted to plaintiff in an amount greater than $100,000.00;

WHEREFORE, Plaintiff/Counter-defendant Gateway Studios, LLC prays for judgment in its favor and against Counter-plaintiff MBA Enterprises-2, Inc.

By:  /s/John F. Bramfeld
JOHN F. BRAMFELD

PREPARED BY:
JOHN F. BRAMFELD/alw
115 North Neil, Suite 101
Champaign, IL 61820
(217) 239-1920
Fax (217) 531-9090