E-FILED
Thursday, 15 November, 2007  11:51:46 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GATEWAY STUDIOS, LLC, )<br>　　　Plaintiff, )<br> )<br>vs. )<br> )<br>MBA ENTERPRISES-2, INC., and )<br>RAHMATHULLAH ARIFF, )<br>　　　Defendants. ) | Civil Action No. 07-2097 |

## MOTION TO CONTINUE SCHEDULING CONFERENCE

COMES NOW Gateway Studios, LLC, Plaintiff, by its Attorney John F. Bramfeld and for a motion to extend the scheduling conference set by this court for December 19, 2007 avers as follows:

1.　Plaintiff and defendant/counter-plaintiff are at issue, though plaintiff will be seeking leave to amend its Complaint;

2.　Defendant has also filed a Third Party Complaint against Richard Cheroske on a Guarantee;

3.　Richard Cheroske had, while being represented by the below-signed attorney for plaintiff, agreed to enter his appearance without the necessity of service of process;

4.　It is plaintiff's understanding that that is still the intention of Mr. Cheroske, however, Mr. Cheroske is in the process of obtaining separate local counsel, and has not yet entered his appearance, and no responsive pleading is yet on file;

5.　Since a reasonable discovery plan should include the input of all parties including Mr. Cheroske and his attorney, plaintiff suggests a later date for the scheduling conference.

WHERFORE, plaintiff prays that the Scheduling Conference be continued until sometime in late January of 2008 to allow the input of counsel for Third Party Defendant, Richard Cheroske.

RESPECTFULLY SUBMITTED,
/s/ John F. Bramfeld
ARDC #276936
Attorney for Plaintiffs
115 N. Neil Street, Suite 101
Champaign, Illinois 61820
(217) 239-1920
(Fax) 531-9090

## CERTIFICATE OF SERVICE

I, JOHN F. BRAMFELD, certify that on Thursday, November 15, 2007, I electronically filed a true and correct copy of the motion to continue scheduling conference, in the above-entitled cause with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel D. Brown
Attorney at Law
819 Sherman
Danville, IL 61832

/s/ John F. Bramfeld
Attorney for Plaintiff
ARDC #276936
115 N. Neil Street, Suite 101
Champaign, Illinois 61820
(217) 239-1920
(Fax) 531-9090

PREPARED BY:
JOHN F. BRAMFELD/alw
115 North Neil Street, Suite 101
Champaign, IL 61820
(217) 239-1920
(Fax) 531-9090