E-FILED
Friday, 14 December, 2007   03:31:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GATEWAY STUDIOS, LLC,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )     Civil Action No. 07-2097 |
| MBA ENTERPRISES-2, INC., and<br>RAHMATHULLAH ARIFF,<br>    Defendants. | )<br>)<br>)<br>) |

### REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by Attorney John F. Bramfeld and Defendant / Counter Plaintiff being represented by Attorney Daniel Brown met by telephone on December 14, 2007 for the purpose of formulating a proposed discovery calendar for consideration by the Court.  The following are dates which counsel have agreed upon:

1. Amendment of the pleadings – plaintiff shall file any proposed amendment to the Complaint no later than February 1, 2008 and defendants shall file a response no later than March 1, 2008;

2. No additional parties are currently contemplated by any party beyond those presently included in the action;

3. Disclosure of Expert Witnesses – plaintiff shall disclose the identity of any person who may be used at trial to present evidence under Rule 702, 703, or 705 of the Federal Rules of Evidence by April 1, 2008; Defendant shall provide any such expert witnesses and shall make any such of its own disclosures by June 1, 2008; and any rebuttal experts by plaintiff shall be disclosed by August 1, 2008;

4. Completion of discovery – All discovery, including depositions of experts, is to be completed by October 1, 2008;

5. Dispositive Motions – shall be filed no later than November 1, 2009;

6. The parties hereby further request that the Court provide direction on bifurcating and addressing the Defendant / Counter Plaintiff's claim for entitlement to possession of the premises.

| | |
|---|---|
| Gateway Studios, LLC, Plaintiff | MBA Enterprises-2, INC. and Rahmathullah Ariff, Defendants |
| /S/ John F. Bramfeld, Attorney for Plaintiff | /S/ Daniel Brown, Attorney for Defendants |

PREPARED BY:
JOHN F. BRAMFELD/alw
115 North Neil, Suite 101
Champaign, IL 61820
(217) 239-1920
Fax (217) 531-9090