UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GATEWAY STUDIOS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 07-2097 |
| v. | ) | |
| | ) | |
| MBA ENTERPRISES-2, INC., and | ) | |
| RAHMATHULLAH ARIFF, | ) | |
| | ) | |
| Defendants. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| MBA ENTERPRISES-2, INC., | ) |
| | ) |
| Counter-plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GATEWAY STUDIOS, LLC, | ) |
| | ) |
| Counter-defendant. | ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| MBA ENTERPRISES-2, INC., | ) |
| | ) |
| Third party plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD CHEROSKE, | ) |
| | ) |
| Third party defendant. | ) |

CASE MANAGEMENT ORDER #1

    This case is before the court pursuant to Federal Rule of Civil Procedure 16.  The plaintiffs appeared through John Bramfeld, Esq.  The defendant appeared through Daniel Brown, Esq.

    The parties have presented a proposed discovery plan which is amended and supplemented as follows.  Requests for an extension of any deadline will be viewed most unfavorably by the court.

1. Amendment of pleadings and joinder of additional parties shall be completed on or before January 15, 2008.

2. The plaintiff shall disclose experts and provide expert reports by April 1, 2008. The plaintiff's experts shall be deposed on or before May 1, 2008. The defendants shall disclose experts and provide expert reports by June 2, 2008. The defendants' experts shall be deposed on or before July 1, 2008. Rebuttal witnesses, if any, shall be disclosed by August 1, 2008, and deposed by September 1, 2008.

3. All discovery shall be completed by September 1, 2008.

4. The deadline for filing case dispositive motions is September 22, 2008. Responses and replies shall be filed in accordance with this court's Local Rules.

5. A final pretrial conference is scheduled for December 17, 2008, at 1:30 p.m. by personal appearance.

6. Jury selection and jury trial are scheduled to begin on January 5, 2009, at 9:00 a.m.

7. A status conference is scheduled for March 11, 2008, at 1:30 p.m. by telephone conference call. The court will initiate the call.

Enter this 19th of December, 2007.

**s/Harold A. Baker**
_____
Harold A. Baker
United States District Judge