**E-FILED**
Friday, 18 January, 2008  04:02:19 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | | |
|---|---|---|
| GATEWAY STUDIOS, LLC, | ) | |
|    Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-2097 |
| | ) | |
| MBA ENTERPRISES-2, INC., and | ) | |
| RAHMATHULLAH ARIFF, | ) | |
|    Defendants. | ) | |
| | ) | |
| MBA ENTERPRISES-2, INC., | ) | |
|    Counter-Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| GATEWAY STUDIOS, LLC, | ) | |
|    Counter-Defendant, | ) | |
| | ) | |
| MBA ENTERPRISES-2, INC., | ) | |
|    Third Party Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| .RICHARD CHEROSKE, | ) | |
|    Third Party Defendant. | ) | |

**PLAINTIFF/COUNTER-DEFEDANT'S**
**ANSWER TO COUNTER-CLAIM FOR POSSESSION OF PREMISES**

COMES NOW Plaintiff and Counter-Defendant Gateway Studios, LLC, By its Attorney John F. Bramfeld and answers Defendant MBA Enterprises-2, Inc.'s Counter-claim as follows:

**Count I**
(Counter-claim per Damages/Rent)

1.   Plaintiff/Counter-Defendant Gateway Studio, LLC admits the allegations of paragraph 1 of Count I of the Counter-claim in this cause;

2.   Plaintiff/Counter-Defendant Gateway Studio, LLC admits the allegations of paragraph 2 of Count I of the Counter-claim in this cause;

3.   Plaintiff/Counter-Defendant Gateway Studio, LLC denies the allegations of paragraph 3 A of Count I of the Counter-claim in this cause;

4.     Plaintiff/Counter-Defendant Gateway Studio, LLC admits the allegations of paragraph 3 B of Count I of the Counter-claim in this cause;

5.     Plaintiff/Counter-Defendant Gateway Studio, LLC admits the allegations of paragraph 4 of Count I of the Counter-claim in this cause;

6.     Plaintiff/Counter-Defendant Gateway Studio, LLC admits that it has not made all the payments called for in the Lease but affirmatively avers that the Defendants/Counter-Plaintiffs are indebted to the Plaintiff/Counter-Defendant in amounts greater than those claimed by Defendants/Counter-Plaintiffs, that Counter-Defendant is entitled to set-off or credit for those amounts as more completely set out in its own complaint, and pursuant thereto no amounts are due Defendant/Counter-Plaintiff.  Similarly, Counter-Defendant admits that it did not pay the real estate taxes for 2006 but affirmatively avers that it is entitled to offsets that more than equal this payment, as above described;

WHEREFORE, Counter-Defendant/Plaintiff Gateway Studios, LLC prays for judgment in its favor and against Counter-Plaintiff/Defendant MBA Enterprises-2, Inc.

**Count II**
(Counter-claim Seeking Possession)

COMES NOW Plaintiff/Counter-Defendant Gateway Studios, LLC, By its Attorney John F. Bramfeld and for an answer to Count II of Counter-Plaintiffs/Defendants' Counter-claim answers as follows:

1.     Plaintiff/Counter-Defendant Gateway Studio, LLC admits the allegations of paragraph 1 of Count II of the Counter-claim in this cause;

2.     Plaintiff/Counter-Defendant Gateway Studio, LLC admits the allegations of paragraph 2 of Count II of the Counter-claim in this cause;

3.  Plaintiff/Counter-Defendant Gateway Studio, LLC denies the allegations of paragraph 3 of Count II of the Counter-claim in this cause;

4.  Plaintiff/Counter-Defendant Gateway Studio, LLC admits the allegations of paragraph 4 of Count II of the Counter-claim in this cause;

5.  Plaintiff/Counter-Defendant Gateway Studio, LLC admits the allegations of paragraph 5 of Count II of the Counter-claim in this cause;

6.  Plaintiff/Counter-Defendant Gateway Studio, LLC admits that it has not made all the payments called for in the Lease but affirmatively avers that the Defendants/Counter-Plaintiffs are indebted to the Plaintiff/Counter-Defendant in amounts greater than those claimed by Defendants/Counter-Plaintiffs, that Counter-Defendant is entitled to set off or credit for those amounts as more completely set out in its own complaint, and pursuant thereto no amounts are due Defendant/Counter-Plaintiff.  Similarly Counter-Defendant admits that it did not pay the real estate taxes for 2006 but again affirmatively avers that it is entitled to offsets that more than equal this payment as above described;

7.  Plaintiff/Counter-Defendant admits that it is currently in possession of the premises and denies that Counter-Plaintiff is entitled to possession of the premises.

WHEREFORE, Plaintiff/Counter-Defendant Gateway Studios, LLC prays for judgment in its favor and against Counter-plaintiff MBA Enterprises-2, Inc.

By: /s/John F. Bramfeld
JOHN F. BRAMFELD

PREPARED BY:
JOHN F. BRAMFELD/alw
115 North Neil, Suite 101
Champaign, IL 61820
(217) 239-1920
Fax (217) 531-9090