UNITED STATES DISRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | | |
|---|---|---|
| GATEWAY STUDIOS, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-2097 |
| | ) | |
| MBA ENTERPRISES-2, INC., and | ) | |
| RAHMATHULLAH ARIFF, | ) | |
|     Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I, JOHN F. BRAMFELD, certify that on Wednesday, January 23, 2008, I electronically filed a true and correct copy of the Second Amended Complaint, in the above-entitled cause with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following. I have also caused to be mailed a true and correct copy of the Second Amended Complaint to the following:

Dan D. Brown
Attorney at Law
819 N. Sherman Street
Danville, IL 61832

                                            By:   /s/John F. Bramfeld
                                                   JOHN F. BRAMFELD

PREPARED BY:
JOHN F. BRAMFELD/alw
115 North Neil, Suite 101
Champaign, IL 61820
(217) 239-1920
Fax (217) 531-9090
ARDC# 0276936