# UNITED STATES DISRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GATEWAY STUDIOS, LLC,<br>    Plaintiff,<br><br>vs.<br><br>MBA ENTERPRISES-2, INC., and<br>RAHMATHULLAH ARIFF,<br>    Defendants.<br>et. al. | Civil Action No. 07-2097 |

## **MOTION TO EXTEND TIME TO DISCLOSE EXPERTS**

    COMES NOW Plaintiff and Counter-Defendant Gateway Studios, LLC, By its Attorney John F. Bramfeld and for a motion to extend time for a complete disclosure of experts avers as follows:

    1.    Attached hereto as exhibit A is a disclosure made contemporaneously with this motion;

    2.    The disclosure is intended to be complete as of this time with regard to non-retained experts but with regard to G. Gerald Anthony, a retained expert, plaintiff has not received responses to its own initial discovery, nor has it received any voluntary discovery on the issue of occupancy and issues relating to work performed by subcontractors and/or employees on the physical plant at issue in this cause.

    WHEREFORE, plaintiff prays that it be allowed to supplement its disclosure concerning G. Gerald Anthony with regard to his specific opinions and his specific report until such time as plaintiff has actually received its full discovery request from defendant plus a reasonable time for the expert to digest the same and generate his report.

    By:  /s/John F. Bramfeld
        JOHN F. BRAMFELD

PREPARED BY:
JOHN F. BRAMFELD/alw
115 North Neil, Suite 101
Champaign, IL 61820
(217) 239-1920
Fax (217) 531-9090

## UNITED STATES DISRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | | |
|---|---|---|
| GATEWAY STUDIOS, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-2097 |
| | ) | |
| MBA ENTERPRISES-2, INC., and | ) | |
| RAHMATHULLAH ARIFF, | ) | |
|     Defendants. | ) | |

et. al.

### EXPERT DISCLOSURE
### RULE 26(a)(2)

COMES NOW Plaintiff and Counter-Defendant Gateway Studios, LLC, By its Attorney John F. Bramfeld and for its disclosure of expert testimony pursuant to Rule 26(a)(2)(A) discloses the following persons who may be used at trial to present evidence pursuant to §§702, 703, and 705 of the Federal Rules of Evidence:

A.    1.    Robert Garmo – Investor in plaintiff;

      2.    Richard Chersoke – Investor in plaintiff;

      3.    Connie Calvert – Principal in management company for Gateway Studios;

      4.    Defendant employed a number of individuals and contractors to perform maintenance type work on systems whose memory, expertise and testimony may include elements of expert opinion.  As of this disclosure, the defendant has not yet provided its own disclosure in response to plaintiff's request for the names of said individuals and companies, however, as of this time it would appear that Gary Buck and Rick Dawson from Able Aire may be asked to render expert opinion regarding the work they did not he premises and their observations of the premises; and perhaps defendant's employees/contractors John Killion and Will Rogers will be asked to do the same;

B.  Plaintiff is in the process of retaining an expert by the name of G. Gerald Anthony, CHA, and a copy of his Curriculum Vitae is attached hereto;

It is expected that when Mr. Anthony's investigation is complete he will testify concerning plaintiff's lost income based upon the change in business plans necessitated by the unknown circumstances of the physical condition of the facility, which will be based both upon his business experience and training and his experience in the hotel/motel field.

As of this disclosure, the defendant has not yet responded to plaintiff's request for occupancy records and other things which may become a part of Mr. Anthony's analyses.

By: /s/John F. Bramfeld
JOHN F. BRAMFELD

PREPARED BY:
JOHN F. BRAMFELD/alw
115 North Neil, Suite 101
Champaign, IL 61820
(217) 239-1920
Fax (217) 531-9090

<u>CURRICULUM VITAE</u>

# G. GERALD ANTHONY, CHA

6526 West Bent Tree Drive
Phoenix, Arizona 85083-7512
E-Mail Address:  TriuneOrganization@msn.com
Telephone:  602-989-3693

**EDUCATION:**

| | | |
|---|---|---|
| Holy Cross School | Aquinas Institute | University of Dayton |
| Rochester, N. Y. | Rochester, N. Y. | Dayton, Ohio |
| Major:  General | Major:  Business Mathematics | Major:  General Business Adm. Personnel Management |
| | Minor:  Science | Minor:  Accounting Business Law |

**EXPERIENCE:**

Background extends to all phases of hotel, resort and property management operations.  Experience includes preparation of feasibility studies; site selection, including entitlements; acquisition negotiations; financial planning; and negotiations with financial institutions, contractors and vendors.  Responsibilities also encompass operational supervision and corporate administration of multi-unit operations, including facilities management, human resources, accounting and fiscal responsibility.

Court recognized expert in:  Arizona, California, Colorado, Florida, New Mexico, New York, and Texas, including receivership administration.

Page Two
G. Gerald Anthony

**RECORD OF EMPLOYMENT:**

November, 1978 through Present            *The St. Croix Companies (Or Predecessor Companies)*
                                          6526 West Bent Tree Drive
                                          Phoenix, Arizona 85085-7512

                                          Positions:       Chief Operating Officer
                                                           Executive Vice President


June, 1974 through October, 1978          *University Club of Rochester*
                                          26 Broadway
                                          Rochester, New York 14607

                                          Position:        General Manager


September, 1970 through May, 1974         *Lancelot Management Company*
                                          P. O. Box 427
                                          Portage, Pennsylvania 15946

                                          Positions:       General Manager
                                                           Director of Operations, Western Division


May, 1964 through August, 1970            *Dayton Hotel Properties, Inc.*
                                          11 South Ludlow Street
                                          Dayton, Ohio  45402
                                          dba Hilton Inn, Dayton, Ohio
                                          dba Hilton Inn, Sarasota, Florida

                                          Positions:       Front Desk Clerk -- Dayton, Ohio
                                                           Night Auditor -- Dayton, Ohio
                                                           Front Office Manager -- Dayton, Ohio
                                                                                   Sarasota, Florida
                                                           Sales Executive -- Dayton, Ohio
                                                                              Sarasota, Florida
                                                           Director of Sales -- Sarasota, Florida
                                                           Food & Beverage Director -- Sarasota, Florida
                                                           Assistant General Manager -- Dayton Hotel
                                                                                        Properties, Inc.