UNITED STATES DISRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GATEWAY STUDIOS, LLC, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-2097 |
| ) | |
| MBA ENTERPRISES-2, INC., and ) | |
| RAHMATHULLAH ARIFF, ) | |
|     Defendants. ) | |

## CERTIFICATE OF SERVICE

    I, JOHN F. BRAMFELD, certify that on Monday, March 31, 2008, I electronically filed a true and correct copy of the Motion to Extend Time to Disclose Experts and the Expert Disclosure, in the above-entitled cause with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.  I have also caused to be mailed a true and correct copy of the Motion to Extend Time to Disclose Experts and the Expert Disclosure to the following:

Dan D. Brown
Attorney at Law
819 N. Sherman Street
Danville, IL 61832

Arthur Mann
Attorney at Law
507 S. Broadway Avenue
P.O. Box 548
Urbana, Illinois 61803

                                       By:   /s/John F. Bramfeld
                                              JOHN F. BRAMFELD

PREPARED BY:
JOHN F. BRAMFELD/alw
115 North Neil, Suite 101
Champaign, IL 61820
(217) 239-1920
Fax (217) 531-9090
ARDC# 0276936