**E-FILED**
Monday, 02 June, 2008  04:50:56 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION**

| | | |
|---|---|---|
| **GATEWAY STUDIOS, LLC.** | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | **Civil Action No. 07-2097** |
| | ) | |
| **MBA ENTERPRISES-2, INC. and** | ) | |
| **RAHMATHULLAH ARIFF,** | ) | |
| **Defendants.** | ) | |

_____

| | |
|---|---|
| **MBA ENTERPRISES-2, INC.** | ) |
| **Counter Plaintiff,** | ) |
| vs. | ) |
| | ) |
| **GATEWAY STUDIOS, LLC.** | ) |
| **Counter Defendant.** | ) |

_____

| | |
|---|---|
| **MBA ENTERPRISES-2, INC.** | ) |
| **Third Party Plaintiff,** | ) |
| vs. | ) |
| | ) |
| **RICHARD CHEROSKE,** | ) |
| **Third Party Defendant.** | ) |

_____

**EXPERT DISCLOSURE RULE 26(A)(2)**

NOW COMES the Defendants/Counter-Plaintiff, MBA Enterprises-2, Inc. and Rahmathullah Ariff, by and through their attorney, Daniel Brown, and for disclosure of expert testimony pursuant to Rule 26(a)(2)(A), disclose the following persons who may be used at trial present evidence pursuant to §§702, 703 and 705 of the Federal Rules of Evidence:

A.    1.  Rahmathullah Ariff – Previous Property Manager

2.  Will Rogers – Previous Property Manager

3.  John Killian – Previous Property Maintenance

4.   The Defendant/Counter-Plaintiff intends to elicit testimony from Gary Buck of

Able Aire.  Gary Buck provided service to the heating/cooling unit at the property which

is the subject of this action.  He will be provide testimony, consistent with his expertise,

to establish the condition of the heating and air cooling unit and the service and

maintenance requirements associated with the unit.  A complete summary of his

testimony will be available after the Plaintiff's and its agents have fully provided all

information concerning the dispute.

> Respectfully submitted,
> s/ Daniel D. Brown
> Ill. Reg. Disc. #: 06187039
> Attorney for Defendants, Counter Plaintiff and
> Third Party Plaintiff
> Law Office of Daniel Brown
> 819 N. Sherman Street
> Danville, Illinois  61832
> Telephone No: (217) 446-4464
> Fax No.: (217) 446-9135
> E-mail:  dan.brown@danielbrownlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  John F. Bamfeld, Attorney for the Plaintiff.

> s/ Daniel D. Brown
> Ill. Reg. Disc. #: 06187039
> Attorney for Defendants, Counter Plaintiff and
> Third Party Plaintiff
> Law Office of Daniel Brown
> 819 N. Sherman Street
> Danville, Illinois  61832
> Telephone No: (217) 446-4464
> Fax No.: (217) 446-9135
> E-mail:  dan.brown@danielbrownlaw.com